■ KURT FILKINS, Appellant, v MARY LOU FILKINS, Respondent. (Appeal No. 4.) [757 NYS2d 916] —Appeal from a judgment of Supreme Court, Onondaga County (Paris, J.), entered February 14, 2002, which, inter alia, equitably distributed the parties' marital property.

■ KURT FILKINS, Appellant, v MARY LOU FILKINS, Respondent. (Appeal No. 5.) [755 NYS2d 682] —Appeal from a

judgment of Supreme Court, Onondaga County (Paris, J.), entered May 17, 2002, which awarded defendant counsel fees in the amount of $10,000 with interest, plus costs and disbursements.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously vacated without costs.

Same memorandum as in *Filkins v Filkins* ([appeal No. 3] 303 AD2d 934 [2003]). Present—Pigott, Jr., P.J., Green, Scudder, Kehoe and Lawton, JJ.